**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **LETICIA LOPEZ,**  )<br><br>*Plaintiff,*  )<br><br>v.  )<br><br>**ED LAUNDROMAT, INC, *et al.,***  )<br><br>*Defendants.*  ) | Civil Action No.: 1:21-cv-00302 |

## AGREED ORDER MODIFYING PLEADING SCHEDULE

THIS MATTER came before the Court upon Motion of Defendants, by counsel, for an

Agreed Order Modifying Pleading Schedule as follows:

a.  Defendants shall file their Motion for Summary Judgment/Opposition by

December 28, 2021;

b.  Plaintiff shall file her Opposition/Reply Brief within fourteen (14) days of

service of Defendants' Motion/Opposition;

c.  Defendants shall file their Reply Brief within six (6) days of service of

Plaintiff's Opposition.

d.  Arguments on both Motions for Summary Judgment shall be held on January

21, 2022 at 10:00 a.m.

IT APPEARING that the same is proper, and has been agreed to by all counsel; it is

hereby ORDERED, ADJUDGED and DECREED that the pleading schedule be modified as

requested.

THIS MATTER CONTINUES.

1

ENTERED this 23rd day of December, 2021.

_____ /s/

THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia